EDGAR F. SACHER, Appellant, v. CHRISTIAN K. DUSEL, Respondent.— Motion denied on condition that appellant perfect the appeal, place the case on the March, 1917, calendar and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

LOUIS SCHLESINGER, Respondent, v. FERDINAND A. GRANER, Appellant.— Motion granted, without costs. Present — Thomas, Carr, Stapleton, Rich and Putnam, JJ.

GEORGE C. VAN TUYL, JR., as Superintendent, etc., Appellant, v. DAVID A. SULLIVAN and Others, Respondents.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Putnam, JJ.

HARRY BAUGHAN, Appellant, v. BROOKLYN HEIGHTS RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Thomas, Carr, Stapleton, Mills and Rich, JJ.

WILLIAM F. BEBELL, Appellant, and HENRY W. HODGES, Respondent, v. JACOB M. EHRLICH and Others, Respondents.— Judgment reversed and new trial granted, costs to abide the event, upon the grounds: (1) That we think that the finding of usury was against the greater weight of the evidence; (2) that the defendant Roffe took her mortgage by its terms subject to the note and mortgage security in suit, and, therefore, is incompetent to make the defense of usury; (3) that the finding and conclusion that the payments, aggregating $9,000, made by the plaintiff Bebell on account of the note in suit, were to that extent in satisfaction of the note, were against the evidence; and (4) that in any event, upon the evidence, the plaintiff Bebell was entitled to be allowed a lien for the payments of taxes and interest upon the prior mortgage made by him. Carr, Stapleton, Mills and Putnam, JJ., concurred; Rich, J., dissented.

WILLIAM H. BRODT, Appellant, v. THE CITY OF YONKERS and Others, Respondents. (In the Matter of Willow Street.)— Order affirmed, without costs, on authority of *Brodt* v. *City of Yonkers* (*In re Morris Street*) (175 App. Div. 455), decided herewith. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.

HARRY COONEY, Appellant, v. NEW YORK AND LONG ISLAND TRACTION COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ.

CAROLINE L. EDGAR, Respondent, v. FRANK W. COOK, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Thomas, Carr, Stapleton, Mills and Rich, JJ., concurred.

JOHN FREDERICK HORSTMANN and META HORSTMANN, as Administrators, etc., Respondents, v. WILLIAM F. WYCKOFF, Defendant, Impleaded with THEODORE G. CLARKE and EDWARD L. FROST, Appellants.— Order affirmed, with costs. No opinion. Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred.

NORA C. McCABE, as Administratrix, etc., of HUGH McCABE, Deceased, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Stapleton and Mills, JJ.